# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JULIUS TURRENTINE, )<br>)<br>Defendant. ) | No. 4:08-CR-187 CAS |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Audrey G. Fleissig. On November 12, 2008, Judge Fleissig filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant Turrentine's Motion to Sever Defendants be granted and his Motion for Severance of Offenses be denied.

Defendant did not file objections to the Report and Recommendation and the time to do so has passed. The Court has carefully and independently reviewed the full record and has read the transcript of the evidentiary hearing held in this matter on October 14, 2008. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after de novo review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 117]

**IT IS FURTHER ORDERED** that defendant Turrentine's Motion to Sever Defendants is **GRANTED**.  [Doc. 93]

**IT IS FURTHER ORDERED** that defendant Turrentine's Motion for Severance of Offenses is **DENIED**.  [Doc. 94]

                                                                          _____
                                                                          **CHARLES A. SHAW**
                                                                          **UNITED STATES DISTRICT JUDGE**

Dated this  17th  day of December, 2008.